THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLEE L GUNNING,<br><br>  Plaintiff,<br><br>  v.<br><br>RIVERSOURCE LIFE INSURANCE COMPANY,<br><br>  Defendant. | CASE NO. C21-1600-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to modify the case schedule (Dkt. No. 77). Finding good cause, the Court GRANTS the motion. The deadline to complete expert depositions is EXTENDED to December 31, 2022. All other pretrial deadlines shall remain unchanged.

DATED this 15th day of November 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-1600-JCC
PAGE - 1