THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KIMBERLEE L. GUNNING,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RIVERSOURCE LIFE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | CASE NO. C21-1600-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties inform the Court that they have reached a settlement in principle to resolve the action. (Dkt. No. 123.) Accordingly, the jury trial set for May 15, 2023 and all related deadlines shall be VACATED. Absent filing a notice or stipulation of dismissal, the parties are ORDERED to submit a joint status report within thirty (30) days updating the Court on the status of this case.

DATED this 8th day of May 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk